NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GLOBAL OUTREACH, LLC, *et al.*, | : | |
| Appellants, | : | **Hon. Dennis M. Cavanaugh** |
| v. | : | |
| | : | **ORDER** |
| YA GLOBAL INVESTMENTS, L.P., | : | |
| | : | Civil Action No. 2:12-04159 (DMC) |
| Appellees. | : | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon the Appeal of Defendants-Appellants, Global Outreach, LLC, Global Financial Group, LLC, The Kothari 2000 Family Trust, Anil Kothari, and Hermangini Kothari (collectively "Defendants") of the Bankruptcy Court's Order entered on May 7, 2012, granting the motion of Plaintiff-Respondent, YA Global Investments L.P. ("YA"), for Partial Summary Judgment on Counts Two, Five, Six, Seven and Twelve of its Verified Complaint (ECF No. 1), and further upon YA's two Motions to Strike certain

documents contained in Defendants' Designation of Items to be Included in the Record on Appeal and attached to Defendants' motion papers (ECF Nos. 7, 20), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this 28 day of March, 2013;

**ORDERED** that YA's first Motion to Strike (ECF No. 7) is **granted**

**ORDERED** that the collection of articles submitted by the Appellants as part of the record on appeal and designated as tab number 27 in Appellants' Designation of Items to be Included in the Record on Appeal and Statement of the Issues to be Presented (ECF No. 2) is hereby stricken from the record on appeal, and it is further

**ORDERED** that the YA's second Motion to Strike (ECF No. 20) is **granted**, and it is further

**ORDERED** that the Appeal is **denied**, and it is further

**ORDERED** that the Bankruptcy Court's Order is **affirmed**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Orig.:  Clerk
cc:     All Counsel of Record
        File